# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/9/2015 2:44:51 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): 12-**14**-**00240**-**CR**

Trial Court Style: **State of Texas vs Mark Eric Emanuel**

Trial Court & County: **Anderson Cty, 87th**          Trial Court No.: **31159**

Date Trial Clerk's Record Originally Due: **N/A**

Date Court Reporter's/Recorder's Record Originally Due: **11/14/2014**

Anticipated Number of Pages of Record: **650**

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

☐     to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either     ☐
the required fee or to make arrangements to pay the fee for preparing the record.

☑     my duties listed below preclude working on this record: **Due to record on Appeal that is due on 1/15/15 of 650 pages. I have diligently been working and have had sub reporters but I know that I can't get the**

☑     Other. (Explain.): **record done by 1/15 even working with no sleep. I have spent all available free time working on computer & I just need additional time to get record complete**

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by **2/8/15**, and I

**hereby request an additional 24 days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

**1/9/15**
_____
Date

**903-389-4836**
_____
Office Phone Number

**helen Wooten @ windstream.net**
_____
E-mail Address (if available)

Signature **Helen C Wooten**

Printed Name **Helen C Wooten**

Official Title **Court Reporter**

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

>*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:
>
>(1) the date and manner of service;
>(2) the name and addresses of each person served; and
>(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

| Lead Counsel for APPELLANT(S): | Lead Counsel for APPELLEE(S): |
|---|---|
| Name: Stephen Evans | Name: Scott Holden |
| Address: 1000 N. Church | Address: 300 N. Church St. |
| Po. Box 754, Palestine TX 75802 | Palestine, TX 75801 |
| Phone no.: 903-723-3334 | Phone no.: 903-723-1400 |
| Attorney for: Appellee | Attorney for: State of Texas |

| Lead Counsel for APPELLANT(S): | Lead Counsel for APPELLEE(S): |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Phone no.: | Phone no.: |
| Attorney for: | Attorney for: |

Additional                    information,                    if                    any: